# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-1104

———————————————

EASTPOINT ROOFING & METAL
SALES, INC., ROBERT C. JAMES,
and DAPHNE EVANOFF,

    Appellants,

    v.

STANDING SEAM ROOFING, LLC,
et al.,

    Appellees.

———————————————

On appeal from the Circuit Court for Franklin County.
Francis J. Allman, Jr., Judge.

August 13, 2025

PER CURIAM.

The Court grants the motion to dismiss filed May 8, 2025.

Appellants timely filed this appeal seeking review of an interlocutory order denying their motion for summary judgment on counterclaims. The order is not immediately reviewable. *See Walker v. Fla. Gas Transmission Co., LLC*, 134 So. 3d 571, 572 (Fla. 1st DCA 2014); *cf. J.B.J. Investment of South Florida, Inc. v. Maslanka*, 163 So. 3d 726, 729 (Fla. 5 DCA 2015) (explaining that denial of extension of *lis pendens* "effectively eviscerated

Petitioner's lien priority, causing irreparable harm that cannot be remedied on appeal"). DISMISSED.

RAY, BILBREY, and NORDBY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Patrick R. Frank and Keisha D. Rice of Frank & Rice, P.A., Tallahassee, for Appellants.

Melanie C. Kalmanson and Julia Wischmeier of Quarles & Brady LLP, Tampa, for Appellees.